# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

DOLLIE POWELL                                                               PLAINTIFF

VS.                          CIVIL ACTION NUMBER 2:07CV194-WAP-EMB

MERCK & COMPANY, INC., ET AL.,                        DEFENDANTS

## ORDER

This cause comes before the Court pursuant to Rule 16.1(B)(2)(b) of the Uniform Local Rules for the Northern and Southern Districts of Mississippi. The rule provides that

> [a] motion to remand . . . shall stay the attorney conference and disclosure requirements and all discovery not relevant to the remand... and shall stay the parties' obligation to make disclosures pending the court's ruling on the motion.

In the instant case, a motion to remand [doc. 9] was filed by plaintiff on October 24, 2007; therefore the above noted proceedings, including the case management conference, shall be stayed pending the Court's ruling on the motion to remand. Therefore, it is

**ORDERED:**

That proceedings outside the briefing of the motion to remand are hereby **STAYED**. The parties shall notify the undersigned within ten (10) days of the Court's ruling in the event the motion to remand is denied.

**THIS**, the 29th day of October, 2007.

/s/ Eugene M. Bogen
**U. S. MAGISTRATE JUDGE**