**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**DOLLIE POWELL,**   **PLAINTIFF,**

**VS.**   **CIVIL ACTION NO. 2:07CV194-P-B**

**MERCK & COMPANY, INC.;
JESSICA LEVERETT; WILLIAM
UMPHLETT; DEBORAH WEBSTER;
NICOLE WILLOUGHBY; AND JOHN
DOES 1-20,**   **DEFENDANTS.**

## ORDER OF REMAND

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) Plaintiff's Motion to Remand [9] is **GRANTED**; therefore,

(2) This case is **REMANDED** to the Circuit Court of Tallahatchie County, Mississippi from whence it came; and

(3) This case is **CLOSED**.

**SO ORDERED** the 15th day of November, A.D., 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE